UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 14, 2006
B-154

No. <u>05-1202</u>

USA
v.
ROBERT LAUER,
Appellant
(MD/PA - Harrisburg - Criminal No. 03-cr-00284)

Present: RENDELL, AMBRO and ROTH, <u>Circuit Judges</u>

Motion by Appellant for Summary Action Pursuant to LAR 27.4..

<u>Chiquita Dyer</u>
Case Manager 267-299-4919

O R D E R

The foregoing motion for summary action is GRANTED and the case is REMANDED. See <u>U.S. v. Davis</u>, 407 F.3d 162 (3d Cir. 2005) (<u>en banc</u>).

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: November 21, 2006
CMD/cc: Karen S. Gerlach, Esq.
Laura S. Irwin, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on _____ DEC 2 8 2006

Teste: /s/ Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit