UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 14, 2006
B-154

No. **05-1202**

USA
v.
ROBERT LAUER,
Appellant
(MD/PA - Harrisburg - Criminal No. 03-cr-00284)

Present:  RENDELL, AMBRO and ROTH, Circuit Judges

Motion by Appellant for Summary Action Pursuant to LAR 27.4..

Chiquita Dyer
Case Manager 267-299-4919

O R D E R

The foregoing motion for summary action is GRANTED and the case is REMANDED. See U.S. v. Davis, 407 F.3d 162 (3d Cir. 2005) (en banc).

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: November 21, 2006
CMD/cc: Karen S. Gerlach, Esq.
       Laura S. Irwin, Esq.