OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| **Marcia M. Waldron** | 21400 United States Courthouse | **Telephone** |
| Clerk | 601 Market Street | 267-299-4919 |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

December 28, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

**RE: Docket No. 05-1202**
     **USA  vs. Lauer**
     **No. 03-cr-00023E-1**

Dear Mr. Barth:

    Enclosed is a certified copy of the order in the above-entitled case(s). The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    (X) We release herewith the certified list in lieu of the record in the case(s).

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified order is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Chiquita Dyer
Case Manager

Enclosure
cc:
    Laura S. Irwin, Esq.
    Karen S. Gerlach, Esq.