# United States District Court
## For the Western District of Pennsylvania

U.S.A.
_____
_____
    Plaintiffs,

Vs.   Case No. CR 03-23-001

Robert Lauer (1)
_____
    Defendants.

**HEARING ON** Re-Sentencing

Before Judge Sean J. McLaughlin

Held on 2-26-07

Marshall Piccinini, AUSA          Thomas Patton, FPDA
Christian Trabold, AUSA

Appear for Plaintiff          Appear for Defendant

Hearing begun 10:00 am          Hearing adjourned to 10:32 am

Hearing concluded C.A.V. _____   Stenographer R. Bench

                                   Clerk M Kiernan

WITNESSES:

~~[scribbled out]~~          2 days, time served.

Δ Sentenced to 32 months ~~imprisonment~~ @ each of Counts 1, 2, 3, 4 and 5 to run concurrently. 3 years supervised release @ each of counts 1, 2, 3, and 4 and 5. to run concurrently. $500.00 special assessment. fine waived; restitution n/a.

Judgment order to follow. transcript to be sealed.