AO 245C   (Rev. 12/03) Amended Judgment in a Criminal Case
         Sheet 2 — Imprisonment                                       (NOTE: Identify Changes with Asterisks (*))

Judgment — Page __3__ of __6__

| DEFENDANT: | ROBERT LAUER |
|---|---|
| CASE NUMBER: | CR 03-23-001 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term
32 Months and 2 days, time served at each of Counts 1, 2, 3, 4, and 5 to be served concurrently

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: *Released from U.S. M S Erie per order from Judge McLaughlin on 2/26/07*

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_T. Fitzgerald_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL